■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST GRANT, Appellant. [971 NYS2d 891]—

Appeal by the defendant from a resentence of the Supreme Court, Kings County (Ruchelsman, J.), imposed October 27, 2011, pursuant to the Drug Law Reform Act of 2009, codified in CPL 440.46, resentencing him to a determinate term of imprisonment of 15 years, to be followed by a period of post-release supervision of 3 years, upon his conviction of criminal sale of a controlled substance in the third degree.

Ordered that the resentence is affirmed.

The Supreme Court providently exercised its discretion in resentencing the defendant to a determinate term of imprisonment of 15 years, to be followed by a period of postrelease supervision of three years (*see* Penal Law §§ 70.70 [4] [b] [i]; 70.45 [2] [d]). In view of the defendant's disciplinary history while incarcerated, his past criminal record, and his history of committing crimes while on parole, a further reduction of the defendant's sentence is not warranted (*see* CPL 440.46 [3]; *People v Medina*, 81 AD3d 853 [2011]; *People v Almanzar*, 43 AD3d 825 [2007]; *People v Newton*, 48 AD3d 115 [2007]; *see also People v Overton*, 86 AD3d 4 [2011]). Skelos, J.P., Balkin, Austin and Sgroi, JJ., concur.